UNDER SEAL

FILED
CHARLOTTE, NC

MAY 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TERRY DETROIT PAGE,**<br>**Defendant** | DOCKET NO. 3:25cr108-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violation:  18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
*(Distribution of Methamphetamine)*

On or about December 20, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TERRY DETROIT PAGE,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851**

Before defendant **TERRY DETROIT PAGE,** committed the offense charged in Count One, he had a final conviction for a serious drug felony, namely, possession with intent to distribute heroin, in violation of 21 U.S.C. 841, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in Count One.

### COUNT TWO
*(Distribution of Methamphetamine)*

On or about January 11, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TERRY DETROIT PAGE,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851**

Before defendant **TERRY DETROIT PAGE,** committed the offense charged in Count Two, he had a final conviction for a serious drug felony, namely, possession with intent to distribute heroin, in violation of 21 U.S.C. 841, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in Count Two.

## COUNT THREE
*(Possession with Intent to Distribute Fentanyl)*

On or about January 26, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TERRY DETROIT PAGE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing forty (40) grams or more of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851**

Before defendant **TERRY DETROIT PAGE,** committed the offense charged in Count Three, he had a final conviction for a serious drug felony, namely, possession with intent to distribute heroin, in violation of 21 U.S.C. 841, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in Count Three.

## COUNT FOUR
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about January 26, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TERRY DETROIT PAGE,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Three of this Bill of Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
*(Possession of a Firearm by a Convicted Felon)*

On or about January 26, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TERRY DETROIT PAGE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: a Hi-Point, Model 995, 9mm rifle, and a Hi-Point, Model C9, 9mm semi-automatic pistol, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
b. All property used or intended to be used in any manner or part to commit or facilitate such violations;
c. All firearms or ammunition involved or used in such violations; and
d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) A Hi-Point, Model 995, 9mm rifle, seized January 26, 2024, in the course of the investigation.
(b) A Hi-Point, Model C9, 9mm semi-automatic pistol, seized January 26, 2024, in the course of the investigation.

A TRUE BILL

FOREPERSON  / U

RUSS FERGUSON
UNITED STATES ATTORNEY

_/s/ signature_

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY